UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

John J. Harris

v.                                              Civil No. 5:17cv180

General Motors Company

CLERK'S ENTRY OF DEFAULT

On this __30th__ day of __November__, 20 __17__, it appearing from the affidavit(s) in support of default of __John J. Harris__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

GENERAL MOTORS COMPANY

DAVID A. O'Toole, CLERK

By: _Shelley Moore_
Deputy Clerk

p:\DFLT.ord