# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOHN J. HARRIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br>　　　*Plaintiff*,<br><br>v.<br><br>GENERAL MOTORS LLC<br>　　　*Defendant.* | §<br>§<br>§<br>§　　Civil Action No. 5:17-cv-00180-RWS<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff John J. Harris and Defendant General Motors LLC, who jointly stipulate that this matter is voluntarily dismissed, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses and attorney's fees.

Respectfully submitted,

*/s/ James C. Wyly*
James C. Wyly
Texas Bar No. 22100050
Sean F. Rommell
Texas Bar No. 24011612
WYLY-ROMMEL, PLLC
4004 Texas Boulevard
Texarkana, TX  75503
Telephone:  (903) 334-8646
Facsimile:  (903) 334-8645
jwyly@wylyrommel.com
srommel@wylyrommel.com

**Attorneys for Plaintiff, John J. Harris**

{N3564783.1}

/s/ Michael C. Drew
Michael C. Drew, La. Bar #30884
*Admitted Pro Hac Vice*
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: (504) 582-8318
Facsimile: (504) 582-8011
mdrew@joneswalker.com

Kyle H. Dreyer (Texas Bar No. 06119500)
Hartline Dacus Barger Dreyer LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone: (214) 346-3714
Facsimile: (214) 369-2118
kdreyer@hdbdlaw.com

**Attorneys for Defendant General Motors LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non CM/ECF participants.

/s/Michael C. Drew

{N3564783.1}