# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOHN J. HARRIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br>　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC<br>　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 5:17-cv-00180-RWS<br>§<br>§<br>§<br>§ |

## ORDER ON
## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to the joint Stipulation of Dismissal with Prejudice filed by Plaintiff John J. Harris and defendant General Motors, LLC, Rule 41 of the Federal Rules of Civil Procedure, and this Court's January 15, 2016 Standing Order on Dismissal:

It is hereby **ORDERED** that the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs, expenses and attorney's fees.  All pending motions, including, but not limited to, the pending Motion to Dismiss the Second Amended Class Action Complaint (Docket No. 25), are hereby **DISMISSED AS MOOT**.

　　**SIGNED this 18th day of July, 2018.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature: Robert W. Schroeder III]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE